PHILLIP A. TALBERT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

**FILED**

Oct 24, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE 3RD FAMILY COURT OF ISTANBUL, REPUBLIC OF TÜRKIYE IN <u>GAYE KARACAY AYDIN v. BURAK AYDIN</u>, REF NO.: 2021/501 | CASE NO:  2:22-mc-0318 KJM DB<br><br>**(PROPOSED) ORDER ON THE UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)** |

WHEREAS, the United States, on behalf of the 3rd Family Court of Istanbul in Turkey, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain bank records belonging to Burak Aydin and held by Wells Fargo Clearing Services (Wells Fargo Advisors) for use in connection with a judicial proceeding in that court; and

WHEREAS upon review of the United States' Application, supporting documents, and good cause shown;

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in 28 U.S.C. § 1782(a) and Fed. R. Civ. P. 45, that Assistant United States Attorney Catherine Swann be and hereby is APPOINTED as Commissioner to (1) take such steps as are necessary to obtain the requested evidence from Wells Fargo Clearing Services (Wells Fargo

Advisors); (2) submit the evidence to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the 3rd Family Court of Istanbul in Turkey; and (3) do all else that may be necessary for the accomplishment of the purpose of this Order.

    IT IS FURTHER ORDERED that the Commissioner shall serve Wells Fargo Clearing Services (Wells Fargo Advisors) with a copy of this Order and the and the accompanying documents.

DATED:  October 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2
(PROPOSED) ORDER ON THE UNITED STATES' APPLICATION
FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)